No. 419, Misc.   MORGAN v. ILLINOIS.   Supreme Court of Illinois.   Certiorari denied.

No. 422, Misc.   McFREDERICK v. FLORIDA.   Supreme Court of Florida.   Certiorari denied.

No. 426, Misc.   CURTIS v. RHAY, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY.   Supreme Court of Washington.   Certiorari denied.

No. 427, Misc.   KLETTER ET UX. v. CITY OF MIAMI BEACH.   Supreme Court of Florida.   Certiorari denied.

No. 428, Misc.   CUTSHAW v. OHIO.   Court of Appeals of Madison County, Ohio.   Certiorari denied.

No. 77.   MOOG INDUSTRIES, INC., v. FEDERAL TRADE COMMISSION, 355 U. S. 411; and

No. 101.   E. EDELMANN & Co. v. FEDERAL TRADE COMMISSION, 355 U. S. 941.   Petitions for rehearing denied. MR. JUSTICE WHITTAKER took no part in the consideration or decision of these applications.

No. 148, Misc.   SMITH v. STEELE ET AL., 355 U. S. 933.   Rehearing denied.

MARCH 17, 1958.

No. 420, Misc.   WHITE v. RANDOLPH, WARDEN, ET AL.;
No. 424, Misc.   LANTZ v. LOONEY, WARDEN; and
No. 431, Misc.   ALLEN v. ELLIS, GENERAL MANAGER, TEXAS PRISON SYSTEM, ET AL.   Motions for leave to file petitions for writs of habeas corpus denied.